
FILED
NOV 21 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1  Rod Danielson
   Chapter 13 Standing Trustee
2  3435 14th Street
   Suite 100
3  Riverside, California 92501
   (951) 826-8000   FAX (951) 826-8090
4

5                    UNITED STATES BANKRUPTCY COURT
6
         CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION
7

8
   To:        Clerk, U. S. Bankruptcy Court
9
   Re:        UNDISTRIBUTED FUNDS
10
   Debtor(s): CHRISTOPHER ONEY & ANGIE J CHENAULT
11             1323 WINDSOR DRIVE

12             SAN BERNARDINO, CA  92404

13 Case No.:  6:05-12844-MJ

14
   Explanation of Source: Transmitted herewith for deposit into the
15 Court registry is the check identified below. The check was not
   deliverable at the address in the Trustee's file. The Trustee,
16 after due diligence, has not been able to locate the payee.
   Consequently, this check represents undistributed funds in the
17 above referenced matter.

18
19      Payee                                        Amount

20      HSBC/RS/RAIN SOFT                        $   2,847.11
        PO BOX 703
21      WOOD DALE, IL 60019

22
23
24
25
26  Dated:   11/19/07
                                        Rod Danielson, Trustee
27
    cc: Debtor, Attorney, Creditor
28
    FG:235 - 11/15/2007 - CKH